UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LOREYA FLUKER,

    Plaintiff,

v.

Case No. 24-cv-12762
Honorable Linda V. Parker

CITY OF DETROIT,

    Defendant.
_____/

**OPINION AND ORDER DENYING WITHOUT PREJUDICE PLAINTIFF'S MOTION TO COMPEL SETTLEMENT CONFERENCE**

    This is a civil rights case under 42 U.S.C. § 1983.  On October 17, 2024, Plaintiff Loreya Fluker, proceeding pro se, filed a complaint naming the City of Detroit, the Detroit Police Department, and four individual police officers for violations of her Fourth Amendment rights arising out of a traffic stop.  (ECF No. 1.)  Plaintiff later filed an amended complaint on November 8, 2024, naming only the City of Detroit.  (ECF No. 6.)

    On September 2, 2025, Defendant filed a motion for summary judgment.  (ECF No. 26.)  Presently before the Court is Plaintiff's Motion to Compel Settlement Conference, which was filed on November 13, 2025.  (ECF No. 30.)  In light of the pending dispositive motion (ECF No. 26), the Court will deny

Plaintiff's Motion to Compel Settlement Conference **WITHOUT PREJUDICE**. The matter may be referred for settlement if Plaintiff's claims against the City of Detroit survive summary judgment.

Accordingly,

    **IT IS ORDERED** that Plaintiff's Motion to Compel Settlement Conference is **DENIED WITHOUT PREJUDICE**.

                                          s/ Linda V. Parker
                                          LINDA V. PARKER
                                          U.S. DISTRICT JUDGE

Dated: November 17, 2025

I hereby certify that a copy of the foregoing document was mailed to counsel of record and/or pro se parties on this date, November 18, 2025, by electronic and/or U.S. First Class mail.

                                          s/Aaron Flanigan
                                          Case Manager